The relief described hereinbelow is SO ORDERED.

Signed May 04, 2016.

_____
Ronald B. King
Chief United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Chapter 11 |
| WAYSIDE PRODUCTIONS, INC. | § | |
| | § | |
| Debtor. | § | Case No. 16-50198 |
| | § | |

### AGREED ORDER GRANTING ADEQUATE PROTECTION TO IPFS CORPORATION

On May _____, 2016, the Court heard the Motion of IPFS Corporation for Relief from the Stay and for Adequate Protection (the "Motion"), and having considered the pleadings, evidence, and arguments of counsel:

THIS COURT FINDS that notice was sufficient and proper, and no party-in-interest has filed an objection to the relief requested in the Motion;

THIS COURT FURTHER FINDS that the Debtor has reached an agreement with movant IPFS Corporation ("IPFS"), the terms of which agreement are expressed in this order;

AGREED ORDER GRANTING ADEQUATE PROTECTION TO IPFS CORPORATION – Page 1

THIS COURT FURTHER FINDS that IPFS has a validly perfected security interest in the unearned premiums relating to the policies financed under the premium finance agreement as described in the Motion (the "Policies");

THIS COURT FURTHER FINDS that it is currently in the interest of the Debtor's estate to keep the Policies in effect;

THIS COURT FURTHER FINDS that while the Policies remain in effect, IPFS's collateral value will decline with each passing day, and IPFS is entitled to payments according to the following schedule:

$1,238.81 to be paid on or before June 1, 2016;
$1,238.81 to be paid on or before July 1, 2016; and
$1,238.81 to be paid on or before August 1, 2016.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that IPFS is entitled to payments in the amounts scheduled above, and the Debtor shall make each payment on or before the stated date;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that should IPFS fail to receive any $1,238.81 payment set forth above by the specified date, the automatic stay under 11 U.S.C. § 362 shall terminate without further order of this court if such payment is not received by IPFS within ten days after IPFS provides written notice to the Debtor's counsel Trey White by email transmission to treywhite@villawhite.com. Upon termination of the stay in accordance with the foregoing sentence, IPFS will be authorized to cancel the Policies immediately irrespective of any contractual or statutory notice periods that might otherwise apply, collect the unearned premiums thereon, and apply those unearned premiums against the debt owed to IPFS. If the amount of the refunded premiums exceeds the amount of the debt, IPFS shall pay the excess to the estate.

**AGREED ORDER GRANTING ADEQUATE PROTECTION TO IPFS CORPORATION** – Page 2

###

*AGREED AS TO FORM AND SUBSTANCE*:

**IPFS CORPORATION**

By: /s/ Mark W. Steirer
Mark W. Steirer, Esq.
State Bar No. 19139600
10330 White Rock Place
Dallas, Texas  75238
214-402-8073
214-341-0581 (fax)
mwsteirer@whsmithlaw.com

**ATTORNEY FOR IPFS CORPORATION**

- and -

**WAYSIDE PRODUCTIONS, INC.**

By: /s/ Trey White
Morris E. "Trey" White III
Villa & White LLP
1100 NW Loop 410, Suite 700
San Antonio, TX 78213
210-225-4500
treywhite@villawhite.com

**ATTORNEYS FOR THE DEBTOR,
WAYSIDE PRODUCTIONS, INC.**